```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JESSIE BROWN, | Civil No. 11-7139 (NLH/KMW) |
| Plaintiff, | |
| v. | **ORDER** |
| CAROL MINCEY, et al., | |
| Defendants. | |

**HILLMAN, District Judge**

    This matter comes before the Court on Defendant Borough of Penns Grove's motion [Doc. No. 5] to dismiss Plaintiff's complaint [Doc. No. 1] pursuant to Federal Rule of Civil Procedure 12(b)(6); and

    The Court noting that Plaintiff filed an amended complaint [Doc. No. 11] in this action pursuant to Federal Rule of Civil Procedure 15(a)(2) on March 22, 2012; and

    The Court further noting that Defendant Borough of Penns Grove filed a subsequent motion [Doc. No. 15] to dismiss Plaintiff's amended complaint on April 17, 2012; and

    It appearing to the Court that Defendant's motion [Doc. No. 5] to dismiss Plaintiff's complaint is moot in light of the filing of the amended complaint, as evidenced by Defendant's renewed motion [Doc. No. 15] to dismiss; and for good cause shown; extension

IT IS on this __20th__ day of __April__, 2012, hereby

**ORDERED** that Defendant Borough of Penns Grove's motion [Doc. No. 5] to dismiss Plaintiff's complaint shall be, and hereby is, **DISMISSED AS MOOT**.

At Camden, New Jersey
/s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.